

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00027-CV

| | | |
|---|---|---|
| MISTY JACKSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROGER J. YOUNG, DECEASED; AND ROGER JACKSON, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-297189-18) |
| V. | | |
| | § | November 1, 2018 |
| KINDRED HOSPITALS LIMITED PARTNERSHIP D/B/A KINDRED HOSPITAL FORT WORTH, Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. The case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Kindred Hospitals Limited Partnership d/b/a Kindred Hospital Fort Worth shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth